FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0314

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0314

_____

DAVID ALLEN PEIN,

      Petitioner and Appellant,

   v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to David Allen Pein, to all counsel of record, and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023